FILED
2016 Jul-18 PM 02:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court For the Northern District of Alabama

2016 JUL 18 P 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

Davon L. Ellis

(Enter above the full name(s) of the plaintiff(s) in this action)

CV-16-CO-1178-S

Doc Corr C. Pece
D.O.C Comm.
Warden Leon Bolling
Warden A. Mivee
Warden Pickett

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiff(s): Davon L. Ellis

Defendant(s) C. Stevson

2. Court (if Federal Court, name the district; if State Court, name the county)

U.S. District Court, Northern District of Alabama

3. Docket Number CV-16-K-1004-S

4. Name of judge to whom case was assigned ____________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
Still Pending

6. Approximate date of filing lawsuit June 20, 2016

7. Approximate date of disposition /

II. Place of present confinement W.E. Donaldson Correctional facility

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No (X) It is But there is No good to do it they will not Answer Back $ you might get Jumped on.

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X) No ( ) I Wrote (5) Complaints On this Situation and Now they want to Jump On me and Keep me locked In my Cell.

C. If your answer is YES:

1. What steps did you take? I Wrote the Comm, Warden L. Bolling, Warden Pickett Warden Minee about this Situation that was On 6-20-2016

2. What was the result? I didnt get a answere then warden Pickett Came around and told me that its levels to the Program and that Right Now Im In Red here! when I move up I Can Come out My Cell, But Never did any of that

D. If your answer is NO, explain why not? /

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Davon L. Ellis

Address 100 Warrior Lane Bessemer AL 35023

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant DOC Comm, Doc Corr C. Perce

is employed as Williams E. Donaldson Correctional facility (Correctional warden)

at 100 warrior lane Bessemer Alabama 35023

C. Additional Defendants Warden L. Bolling

Warden Pickett

Warden A. Muree

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On-6-9-2016 at 12:15Am the Hold X-Side every Inmate was told to Pack up there things that we was being moved out of the Block, Everybody was taken to the west Gym where we slept on the Nasty Floor til Around 10:00Am that morning then they took Some People that had Doghouse time Like myself I had 30days from a old disciplinary, Some had disciplinary from 2010 they got us took all of our things Put us On X-Side, THE First told us that we will be doing our old doghouse time later Come and told us that doghouse time dont matter that we are In a Group Call "Behavior modification dorm" "We" I Davin Ellis was Force out of "Pop" telling me Im Bout to do my doghouse time, Put me In a dorm Saying I got to take this Group or I will Be Put In lock up sprayed, Jumped On, Because every day Since I Been In this Dorm officers have Been Spraying and Jumping On Inmates, they Got us lock down 24 hrs a day we Cant use the Phone, go outside, Its 100° degrees In the Cell they got us In here with a Cellmate I told the Lt thomas, Lt Camron that me and My Cellmate Not getting along I was told to "Kill em" thats what Sergt Smoot told me to do, warden Pickett told me that I have 3 levels to go through I Write a request Asking what level was I on By me Being here already 32 days. they have let go 27 Inmates and they say that those are the Inmates that has not been getting In Trouble, I Been Back here longer and have Not gotten Into any Trouble at all, they want let the law Libary Come to us I ask Could I go On the walk, use the Phone, they told me "No".

On Top of that they been Refusing Inmates Treatments, Saying that the Only way that Inmates over here Can go to the Infirmary Is when they damn near dead, they Only Pass out Ice 1 time a day it's 100° degrees In the Cell they lock us down 24 hrs In the hot Cells wen lock up Inmates Come out there Cells for 45 mins a day lock up Inmates Catch Store, they go to treatment Medical) they got Access to lawlibary, we dont have None of that and they tell us that we not In lock up, they force us to take this Group If we dont they threaten Inmates that we will Be Sprayed, Beat up and Put In lock up. Just A few days ago 2 inmates get to fight In the Cells One of the Inmates Stabbed the other One in the face with a Ink Pen, Now a hr later another Inmate Run out the Cell when they Open his Door to give him his Tray Saying his Cellmate Rapped him, And all these thing Is going On Because they Inmate are already Mad Because We are force to be over here In this madness, this Suppose to be a Step down Program for Inmates thats already In lock up Not Inmates thats In "Pop" and the Offices Are using this Program that they have Put together to Jump On Inmates Spray them Refuse them any help and they Are getting away with it, I Davin L Ellis has Been Blocked for everything - they have Refuse me Phone Calls they got me locked In a Cell 24 hrs ae day with a Cellmate, they Refuse me Law Libary they Refuse me Religion, Some days they Refuse to even Send my mail out I was threaten Over 10 times Since I Been Over In this Dorm, and the Same Person that order the Poke to Jump On me when I first got here at William E Donaldson Prison Because I yelled "Shake down In the Block" She Lt. Johnson Order them to take me to the Barber shop at 1:40Am In the Morning and Jump On me she Is One of the Personals thats apart Of this So Call Group. My Rights Is Being violated (1) Amendment (5) Amendment (8) Amendement (9) Amendment (10) Amendment (14) Amendment Of the Contitution of the united states law And I dont Feel Safe At Williams E. Donaldson Correctional facility Because the warden's are riding with everything that the Officers are doing within this Block they Call "Behavior Modification Dorm"

Offices 3 warden's, Saying this Not "Lock up" thay why I Cant Come out my Cell why have I Been In my Cell For all most a month For 24hrs a day. Inmates In Lock up get 45 mins and they Saying Im Not In lock up But I Cant Come out My Cell at all, No Phone Call, No law Libary, NO TV, No Store, No Medical treatment that I Paid my $4.00 For, take Showers evey other day, Ice One time a day In 100° degree Cells, Food Be Cold When we get our Trays Because they Sit In the Hallway a hr or 2 Before they Bring them, from 6pm to 6Am Offices Might Come in 2times to get Someone they dont do Cell Check Inmates Can be dead In a Cell they dont Count ever here, they dont do temper Check, Lock down 24 hrs "there" As If they saying they lock down 24hrs til they leave this Dorm, But this A Group dorm. Never have I done time In Person that I Been through a Group Such As this.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would Like the Individuals to be Sut "Individual" All the Defendants should be held accunt for they Role that they Play In the Violation of my Rights I Ask for $100.00 for each day that I Stay Over here Start on 6-9-2016

I ask that everyone that has Part In this Be demoted down In Rank due to the fact they know that they are Violate Inmates Right and should not Be In the Position that they In its very Dangerous.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-10-2016

[signature]
SIGNATURE

ADDRESS 100 Warrier Ln
Bessemer AL 35023

AIS # 234394.

Daniel Ellis #234394
100 Warrior Ln
Bessemer AL 35023

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JUL 18 2016

SECURITY

BIRMINGHAM
AL 350
15 JUL '16
PM 4 L




United states district Court
Northern District of Alabama
Room 104 Federal Courthouse,
1800 Fifth Avenue North
Birmingham Ala 35203

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

35203-211396